| CDIL PROB 22 (Rev. 4/97) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 0753/1 98-10078-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: ROBERT RANKIN | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Peoria |
|---|---|---|
| | NAME OF SENTENCING JUDGE HONORABLE JOE BILLY McDADE | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/03/07 — TO 09/02/10 |

**DOCKETED NOV 5 2007**

OFFENSE

Conspiracy to Distribute Marijuana and Cocaine 21:846

JUDGE DER-YEGHIAYAN
07CR 718
MAGISTRATE JUDGE NOLAN

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District Illinois/Lisle upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/24/2007
Date

_[signature]_
HONORABLE JOE BILLY McDADE
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/LISLE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 2 4 2007
Effective Date

_[signature]_
United States District Judge

:kjb

**FILED**
October 31, 2007
OCT 3 1 2007 on October 31, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



# MEMORANDUM

**Date:** October 12, 2007

**To:** James F. Holderman
United States District Court Judge

**From:** Edgar A. Leon
U.S. Probation Officer

**SUBJECT:** RANKIN, Robert
Docket No: 98-10078-001
Expiration Date: 09/02/2012
**TRANSFER OF JURISDICTION**

In accordance with recommendations of the Judicial Conference relative to transfer of jurisdiction, it is respectfully recommended that transfer be ordered in this case.



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

Ms. Kerin M. Burns
United States District Court
309 Federal Building
100 N.E. Monroe Street
Peoria, IL 61601

November 7, 2007

Dear Clerk:

**Re:   USA  vs.  Robert Rankin**          Judge Der-Yeghiayan

Our case number:    **07 cr 718 - Northern District of Illinois**

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, Robert Rankin, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: _____
Yvette Pearson, Deputy Clerk

Enclosure