

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

Ms. Kerin M. Burns
United States District Court
309 Federal Building
100 N.E. Monroe Street
Peoria, IL 61601

FILED
11-19-07
NOV 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



November 7, 2007

Dear Clerk:

Re:   USA  vs.  **Robert Rankin**          Judge Der-Yeghiayan

Our case number:   **07 cr 718 - Northern District of Illinois**

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, Robert Rankin, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by _____
Yvette Pearson, Deputy Clerk

Enclosure

( transfer jurisdiction )

**Transfer Documents**
1:98-cr-10078-JBM USA v. Rankin **CASE CLOSED on 05/05/2004**
CLOSED

## U.S. District Court

### CENTRAL DISTRICT OF ILLINOIS

## Notice of Electronic Filing

The following transaction was entered on 11/9/2007 at 11:45 AM CST and filed on 11/9/2007

**Case Name:**     USA v. Rankin
**Case Number:**   1:98-cr-10078
**Filer:**
**Document Number:** 30

**Docket Text:**
**Probation /Supervision Jurisdiction Transferred to Northern District of Illinois as to Robert Rankin Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (CL, ilcd)**

**1:98-cr-10078-1 Notice has been electronically mailed to:**

K Tate Chambers     tate.chambers@usdoj.gov, jessica.stowe@usdoj.gov, kimberly.ritthaler@usdoj.gov

Carol A Dison     Carol@beckettwebber.com, sharon@beckettwebber.com

**1:98-cr-10078-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=11/9/2007] [FileNumber=615055-0]
[1bbf25ba4439f86a43ddda53ebc70b7a545d9cec74de9336bd34e6cb6d78a7bedc57
34f2abcf17be4fa06da3519d01edead4c6f7d0162f07c560a5d11b33abfe]]

CDIL PROB 22
(Rev. 4/97)

**TRANSFER OF JURISDICTION**

FILED
NOV -9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DOCKETED
NOV 5 2007

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 0753/1 98-10078-001 |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION: Peoria |
|---|---|---|
| ROBERT RANKIN | NAME OF SENTENCING JUDGE | HONORABLE JOE BILLY McDADE |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 09/03/07 | TO 09/02/10 |

OFFENSE

Conspiracy to Distribute Marijuana and Cocaine 21:846

JUDGE DER-YEGHIAYAN
07CR 718
MAGISTRATE JUDGE NOLAN

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District Illinois/Lisle upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/24/2007
Date

HONORABLE JOE BILLY McDADE
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/LISLE

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 2 4 2007
Effective Date

James F. Holderman
United States District Judge

:kjb

FILED
OCT 3 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

11/9/07  K/3

CLOSED

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CRIMINAL DOCKET FOR CASE #: 1:98-cr-10078-JBM-1
### Internal Use Only

Case title: USA v. Rankin

Date Filed: 09/23/1998
Date Terminated: 11/30/2000

Assigned to: Chief Judge Joe Billy McDade

**Defendant (1)**

**Robert Rankin**
*TERMINATED: 05/05/2004*

represented by **Carol A Dison**
BECKETT & WEBBER PC
508 S Broadway
PO Box 17160
Urbana, IL 61803-7160
217-328-0263
Fax: 217-328-0290
Email: Carol@beckettwebber.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

C Lamlue
11-13-07

**Pending Counts**

21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE - From in or about 12/93 to in or about 11/96, dft did conspire with other persons whose names are known and with persons whose names are unknown to the Grand jury to knowingly distribute cocaine and marijuana in violatin of 21 USC

**Disposition**

Dft committed to custody of the BOP for 48 months; upon release, Dft placed on supervised release for 5 years with special conditions; no fine; special assessment of $100 due immediately.

846
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

USA    represented by    **K Tate Chambers**
US ATTY
One Technology Plaza
Suite 400
211 Fulton St
Peoria, IL 61602
309-671-7050
Fax: 309-671-7259
Email: tate.chambers@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/1998 | 1 | INDICTMENT by USA K Tate Chambers. Counts filed against Robert Rankin (1) count(s) 1 (SH, ilcd) (Entered: 09/24/1998) |
| 09/23/1998 |  | (Court only) Docket Modification (Utility Event) sealing case (SH, ilcd) (Entered: 09/24/1998) |
|  |  |  |

| | | |
|---|---|---|
| 09/28/1998 | 2 | ARREST Warrant issued for Robert Rankin by Chief Judge Michael M. Mihm (S, ilcd) (Entered: 09/29/1998) |
| 05/03/1999 | | MINUTES: before Mag. Judge Robert J. Kauffman. Case set for detention/ arraignment at 2:15 pm on Friday, 5/7/99 in person in Peoria (Courtroom C). (cc: all counsel/Prob/USM Peo) (S, ilcd) (Entered: 05/03/1999) |
| 05/03/1999 | | (Court only) Docket Modification (Utility Event) case unsealed (S, ilcd) (Entered: 05/07/1999) |
| 05/04/1999 | | MINUTES: before Mag. Judge Robert J. Kauffman. Case previously set for detention/arraignment at 2:15 pm on Friday, 5/7/99 is CANCELLED and RESET for detention/arraignment at 2:00 on Monday, 5/17/99 in person in Peoria (Courtroom C). (cc: all counsel/Prob/USM Peo) (S, ilcd) (Entered: 05/04/1999) |
| 05/06/1999 | 3 | RULE 40 Documents received from Northern District of Illinois as to Robert Rankin (Dft in custody) (S, ilcd) (Entered: 05/06/1999) |
| 05/06/1999 | | (Court only) Docket Modification (Utility Event) XM stopped - Rule 40 documents received (SH, ilcd) (Entered: 07/02/1999) |
| 05/10/1999 | 4 | APPEARANCE of Attorney for Robert Rankin by Carol A Dison (KB, ilcd) (Entered: 05/12/1999) |
| 05/12/1999 | | MINUTES: before Mag. Judge Robert J. Kauffman. Case previously set for detention/arraignment at 2:00 on Monday, 5/17/99 is CANCELLED and RESET for detention/arraignment at 1:00 on Thursday, 5/13/99 in person in Peoria (Courtroom C). (cc: all counsel/Prob/USM Peo) (KB, ilcd) (Entered: 05/12/1999) |
| 05/13/1999 | | MINUTES: before Mag. Judge Robert J. Kauffman Parties present in open court by AUSA Chambers/Atty Dison with Dft ROBERT RANKIN for detention hearing/arraignment on 5/13/99 . Dft advised of charges and conseequences if found guilty. Dft Robert Rankin arraigned; NOT GUILTY plea entered. Hearing on pending motions/ pretrial conference set Fri., 7/2/99 at 1:30 PM and jury trial set Mon., 7/19/99 at 9:00 AM (both in person in Peoria before Chief Judge Joe B McDade). Scheduling Order entered. Govt recommends bond with special conditions - allowed. $10,000 (O/R) Bond set for Robert Rankin . (cc: all counsel/USM/Prob/Crt Rptr) (SH, |

| | | | |
|---|---|---|---|
| | | | ilcd) (Entered: 05/17/1999) |
| 05/13/1999 | 5 | | SCHEDULING ORDER by Mag. Judge Robert J. Kauffman (cc: all counsel) (SH, ilcd) (Entered: 05/17/1999) |
| 05/13/1999 | 6 | | APPEARANCE BOND ( $10,000 (O/R)) by Robert Rankin (SH, ilcd) (Entered: 05/17/1999) |
| 05/13/1999 | 7 | | ORDER by Mag. Judge Robert J. Kauffman setting conditions of release for Robert Rankin (SH, ilcd) (Entered: 05/17/1999) |
| 06/24/1999 | 8 | | MOTION for order for release from home confinement by Robert Rankin (HK, ilcd) (Entered: 06/24/1999) |
| 06/24/1999 | | | MINUTES: before Chief Judge Joe B. McDade granting motion for order for release from home confinement [8-1] effective immediately. (cc: all counsel/USM/Prob) (SH, ilcd) (Entered: 06/25/1999) |
| 07/02/1999 | 9 | | MOTION to continue by Robert Rankin (SH, ilcd) (Entered: 07/06/1999) |
| 07/02/1999 | | | MINUTES: before Chief Judge Joe B. McDade Parties present by AUSA Chambers in person/Atty Dison and Dft ROBERT RANKIN by phone for pretrial conference on 7/2/99. Discussion by counsel re: motion to continue and length of continuation. Court is granting motion to continue [9-1]. Jury trial previously set 7/19/99 is VACATED and jury trial reset to Tues., 10/12/99 at 9:00 AM. Hearing on pending motions/pretrial conference reset to Fri., 10/1/99 at 2:30 PM (in person in Peoria). Court finds time from today to 10/12/99 is EXCLUDABLE TO MEET THE ENDS OF JUSTICE. (cc: all counsel/USM/Prob/Crt Rptr) (SH, ilcd) (Entered: 07/06/1999) |
| 10/01/1999 | | | MINUTES: before Chief Judge Joe B. McDade Parties present in open court by AUSA Chambers/Atty Dison//Dft not present for pretrial conference on 10/1/99. Counsel requests extension of time for Change of Plea. Change of plea set Thurs., 1/6/2000 at 1:30 PM (in person in Peoria). Telephone status hearing set Mon., 10/4/99 at 3:30 PM to make Speedy Trial finding (Court to set up call). Jury trial previously set 10/12/99 is VACATED. (cc: all counsel/USM/Prob/Crt Rptr) (SH, ilcd) (Entered: 10/04/1999) |
| 10/04/1999 | | | MINUTES: before Chief Judge Joe B. McDade Parties present by phone by AUSA Chambers/Atty Olmstead for Dison/Dft ROBERT RANKIN for status conference held 10/4/99 to |

| | | |
|---|---|---|
| | | make Speedy Trial finding. Court advises Dft of necessity for his presence for making this finding. Court finds time from 10/4/99 to change of plea set 1/6/2000 is EXCLUDABLE TO MEET THE ENDS OF JUSTICE. (cc: all counsel/USM/Prob) (SH, ilcd) (Entered: 10/04/1999) |
| 12/30/1999 | 10 | MOTION to continue jury trial by Robert Rankin (HK, ilcd) (Entered: 12/30/1999) |
| 01/03/2000 | | MINUTES: before Chief Judge Joe B. McDade granting motion to continue [10-1]. Hearing previously set 1/6/2000 is vacated . Hearing on pending motions/ pretrial conference reset to Fri., 3/10/2000 at 2:00 PM (in person in Peoria). Court finds time from today to the new trial date is EXCLUDABLE TO MEET THE ENDS OF JUSTICE. (cc: all counsel/USM/Prob/Crt Rptr) (SH, ilcd) (Entered: 01/04/2000) |
| 03/10/2000 | | MINUTES: before Chief Judge Joe B. McDade Parties present in open court by AUSA Knauss for Chambers/Atty Dison with Dft Rankin for hearing on pending motions/ pretrial conference on 3/10/00 . Oral motion by parties to continue for change of plea - granted. Change of plea set Mon., 6/19/00 at 2:45 PM . Court finds time from today to 6/19/00 is excludable to meet the ends of justice. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 03/13/2000) |
| 06/19/2000 | 11 | MOTION to continue change of plea by Robert Rankin (SH, ilcd) (Entered: 06/19/2000) |
| 06/19/2000 | | MINUTES: before Chief Judge Joe B. McDade Parties present in open court by AUSA Brost for Chambers/Atty Dison with Dft RANKIN for change of plea on 6/19/00. Same not held. Court is granting motion to continue change of plea [11-1]. Further telephone Status hearing set Tues., 6/20/00 at 4:00 PM (CDT) (court to set up call). (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 06/19/2000) |
| 06/20/2000 | | MINUTES: before Chief Judge Joe B. McDade. Parties present via phone by AUSA Chambers, Atty Dison with dft ROBERT RANKIN (present in her office) for status hearing at 4:00 on Tuesday, 6/20/00. Govt requests a date for change of plea hearing. Case set for change of plea at 9:00 on Wednesday, 7/5/00 in person in Peoria (Courtroom B). Govt requests summons to be issued for dft regarding bond violation issue and that a court hearing be set. Clerk to notify parties of |

| | | |
|---|---|---|
| | | the date and time for hearing regarding violation of condition of release. Govt requests that dft remain on bond until the hearing on 7/5/00. (cc: all counsel/Prob/USM Peo/Crt Rptr) (KB, ilcd) (Entered: 06/21/2000) |
| 06/20/2000 | 12 | PETITION by: Government for action on conditions of pretrial release regarding dft Robert Rankin (KB, ilcd) (Entered: 06/21/2000) |
| 06/20/2000 | 12 | ENDORSED ORDER by Mag. Judge John A. Gorman. Prayer of petition allowed [12-1]. Let summons issue. (cc: all counsel/Prob/USM Peo) (KB, ilcd) Modified on 06/21/2000 (Entered: 06/21/2000) |
| 06/22/2000 | | MINUTES: before Chief Judge Joe B. McDade. Case is set for initial appearance re: violation of conditions of pretrial release at 8:45 am on Wednesday, 7/5/00 in person in Peoria (Courtroom B). This hearing will be held before the change of plea hearing set for 9:00 on Wednesday, 7/5/00 for dft ROBERT RANKIN. (cc: all counsel/Prob/USM Peo/Crt Rptr) (KB, ilcd) (Entered: 06/22/2000) |
| 06/22/2000 | 13 | SUMMONS issued as to Robert Rankin for initial appearance on violation of pretrial release conditions set for 8:45 am on Wednesday, 7/5/00 before Chief Judge McDade. (KB, ilcd) (Entered: 06/22/2000) |
| 06/30/2000 | 14 | Supplemental PETITION by: AUSA Chambers as to defendant Robert Rankin regarding for action on conditions of pretrial release filed 6/30/00 (HK, ilcd) (Entered: 06/30/2000) |
| 06/30/2000 | | ENDORSED Order on Supplemental petition for action on conditions of pretrial release by Chief Judge Joe B. McDade. This supplemental petition for action on conditions of pretrial release to be considered together with the petition for action on conditions of pretrial release filed 6/20/00. (cc: all counsel) (HK, ilcd) (Entered: 06/30/2000) |
| 07/05/2000 | 15 | SUMMONS executed upon Robert Rankin on 6/29/00 (CL, ilcd) (Entered: 07/05/2000) |
| 07/05/2000 | | MINUTES: before Chief Judge Joe B. McDade Parties present in open court by AUSA Chambers/Atty Dison with Dft Rankin for Initial Appearance on Revocation of pretrial release. In camera hearing held. Revocation of pretrial release hearing set Mon., 7/24/00 at 1:30 PM before Mag Judge John Gorman. |

|  |  |  |
|---|---|---|
|  |  | Conditions of release modified to add home detention, including electronic monitoring and substance abuse treatment/counseling. Parties again present in open court for change of plea on 7/5/00 . Written plea agreement filed. Dft sworn and answers questions presented by Court and Court finds Dft competent to proceed. Dft advised of consequences if found guilty and of constitutional right to a jury trial. Statement made by Dft re: what actually occurred. AUSA makes factual basis. Court permits Dft to withdraw plea of not guilty and Robert Rankin enters guilty plea. Court accepts plea and judgment of conviction entered. Court neither accepts nor rejects plea agreement and matter referred to USPO for presentence report. Decision on agreement/possible sentencing hearing set Fri., 10/20/00 at 10:00 AM . Order re: Guidelines entered. (cc: all counsel/US Mar/Prob/Crt Rptr) (SH, ilcd) (Entered: 07/05/2000) |
| 07/05/2000 | 16 | PLEA Agreement as to Robert Rankin (SH, ilcd) (Entered: 07/05/2000) |
| 07/05/2000 | 17 | ORDER on Implementation of Sentencing Guidelines by Chief Judge Joe B. McDade (cc: all counsel) (SH, ilcd) (Entered: 07/05/2000) |
| 07/05/2000 | 18 | AMENDED ORDER by Chief Judge Joe B. McDade setting conditions of release for Robert Rankin (SH, ilcd) (Entered: 07/05/2000) |
| 07/17/2000 |  | MINUTES: before Mag. Judge John A. Gorman. bond hearing re: ROBERT RANKIN set 7/24/00 is canceled & reset to Monday, 7/31/00 at 2:30pm; in person. (cc: all counsel/US Mar/Prob) (HK, ilcd) (Entered: 07/17/2000) |
| 07/18/2000 | 19 | ORDER by Chief Judge Joe B. McDade. By agreement of the parties the condition of release is modified in that the Deft shall continue to participate in the home detention component of home confinement, however it will not include electronic monitoring. (cc: all counsel/Prob/US Mar) (HK, ilcd) (Entered: 07/18/2000) |
| 07/31/2000 |  | MINUTES: before Mag. Judge John A. Gorman. Parties present in open court by AUSA Chambers, Atty Dison (retained) with dft Robert Rankin (on bond) for revocation of bond hearing at 2:30 on Monday, 7/31/00 - same held. Arguments held. Dft admits the allegations set out in the first |

| | | |
|---|---|---|
| | | supplemental petition and reserves the 6/9/00 issue; dft requests that he may petition the court for bond after State Court issue is taken care of. Oral motion by dft to have seven days to surrender - same denied. The court accepts the admittance and pretrial release is revoked - dft remanded to custody of USM. Case set for revocation of pretrial release/sentencing at at 10:00 on Friday, 10/20/00 in person in Peoria before Chief Judge McDade (Courtroom B). Order of detention to enter. (cc: all counsel/Prob/USM Peo/Crt Rptr) (KB, ilcd) (Entered: 08/01/2000) |
| 07/31/2000 | 20 | ORDER of Detention of Robert Rankin pending trial by Mag. Judge John A. Gorman (cc: all counsel/Prob/USM Peo). (KB, ilcd) (Entered: 08/01/2000) |
| 10/06/2000 | 21 | MOTION to continue by Robert Rankin (HK, ilcd) (Entered: 10/06/2000) |
| 10/10/2000 | | MINUTES: before Chief Judge Joe B. McDade granting Defendant Robert Rankin's motion to continue [21-1], in that Decision on Agreement & Possible Sentencing/bond hearing set 10/20/00 is canceled & reset to Thursday, 11/30/00 at 2:00pm; in person.(cc: all counsel/US Mar/Prob/Crt Rptr) (HK, ilcd) (Entered: 10/10/2000) |
| 10/10/2000 | | (Court only) Docket Modification (Utility Event) bond hearing not probation revocation hearing set 11/30/00 at 2:00 (HK, ilcd) (Entered: 10/10/2000) |
| 11/29/2000 | 22 | MOTION to continue 11/30/00 2:00 sentencing hearing by Robert Rankin (HK, ilcd) (Entered: 11/29/2000) |
| 11/29/2000 | | MINUTES: before Chief Judge Joe B. McDade denying motion to continue 11/30/00 2:00 sentencing hearing [22-1] (cc: all counsel/US Mar/Prob/Crt Rptr) (HK, ilcd) (Entered: 11/29/2000) |
| 11/30/2000 | | MINUTES: before Chief Judge Joe B. McDade Parties pesent in open court by AUSA Murphy for Chambers/Atty Dison with Dft Rankin for sentencing hearing on 11/30/00 . Presentence Report discussed. No objections. Court adopts factual findings of PRS. Govt moves for downward departure pursuant to 5K1.1. In camera hearing held. Govt makes recommendation. Dft makes statement in mitigation of punishment. SENTENCING Robert Rankin (1) count(s) 1. Dft committed to custody of the BOP for 48 months; upon release, |

| | | |
|---|---|---|
| | | Dft placed on supervised release for 5 years with special conditions; no fine; special assessment of $100 due immediately. Dft waived right to appeal. Dft remanded to custody of the US Marshal. Case terminated (cc: all counsel/US Mar/Prob) (SH, ilcd) (Entered: 12/04/2000) |
| 11/30/2000 | 23 | PRESENTENCE Report on Robert Rankin ( original sealed ) (SH, ilcd) (Entered: 12/04/2000) |
| 11/30/2000 | 24 | JUDGMENT and Commitment Order as to defendant Robert Rankin by Chief Judge Joe B. McDade (SH, ilcd) (Entered: 12/04/2000) |
| 12/04/2000 | 25 | Official Court Reporters TRANSCRIPT of Change of Plea held 7/5/00 (ML, ilcd) (Entered: 12/04/2000) |
| 01/23/2001 | 26 | RECEIPT for Sent rec #24 & PSR #23 as to defendant Robert Rankin (WW, ilcd) (Entered: 01/27/2001) |
| 02/26/2001 | 27 | JUDGMENT and Commitment returned executed as to Robert Rankin (1) count(s) 1 - no institution listed (HK, ilcd) (Entered: 02/26/2001) |
| 03/01/2001 | 28 | JUDGMENT and Commitment returned executed 1/24/01 as to Robert Rankin (1) count(s) 1 to FCI, Manchester, KY (HK, ilcd) (Entered: 03/01/2001) |
| 10/24/2001 | 29 | Arrest Warrant returned executed as to Robert Rankin 5/3/99 (HK, ilcd) (Entered: 10/24/2001) |
| 08/02/2006 | ● | (Court only) *** Archives File Sent to FRC Chicago on 8/2/2006; Accession No. 021 06 0149, Box No. 25 of 30; Location 866428-866457. (SM, ilcd) (Entered: 08/11/2006) |
| 11/09/2007 | ● 30 | Probation /Supervision Jurisdiction Transferred to Northern District of Illinois as to Robert Rankin Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (CL, ilcd) (Entered: 11/09/2007) |

AO 245B (8/96) Judgment in a Criminal Case (CDIL)

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

FILED
NOV 30 2000
JOHN M. WATERS, Clerk
DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.
ROBERT RANKIN

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 98-10078-001

Carol A. Dison
Defendant's Attorney

**THE DEFENDANT:**

X  pleaded guilty to count(s) 1

☐  pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐  was found guilty on count(s) _____
    after a plea of not guilty.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC § 846 | Conspiracy to Distribute Marijuana and Cocaine | 11/01/1996 | 1 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) _____

☐  Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant
Defendant
Defendant
Defendant

11/30/2000
Date of Imposition of Judgment

_Joe B McDade_
Signature of Judicial Officer

Joe B. McDade, Chief U. S. District Judge
Name and Title of Judicial Officer

Nov. 30, 2000
Date

Defendant's Mailing Address:

AO 245B (8/96) Sheet 2—Imprisonment

Judgment — Page 2 of 7

DEFENDANT: Robert Rankin
CASE NUMBER: 98-10078-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of  48 months.

X  The court makes the following recommendations to the Bureau of Prisons:
Defendant be placed in a facility as close to his family in Streator, Illinois as possible.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B    (8/96) Sheet 3—Supervised Release

Judgment—Page __3__ of __7__

DEFENDANT: Robert Rankin
CASE NUMBER: 98-10078-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

5 years.

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and two drug tests thereafter, as directed by the probation officer.

☐   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from any use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (6/99) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

Judgment—Page 4 of 7

DEFENDANT:      Robert Rankin
CASE NUMBER:    98-10078-001

## SPECIAL CONDITIONS OF SUPERVISION

1. You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer controlled substances, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the probation officer, participate in a program for substance abuse treatment including testing to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the probation officer.
2. You shall participate in a program of job training or employment counseling as directed by the probation officer.
3. You shall not own, purchase, or possess a firearm, ammunition, or other dangerous weapon.

Judgment — Page   5   of   7

DEFENDANT:     Robert Rankin
CASE NUMBER:   98-10078-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** | $ 100.00 | $ | $ |

☐  If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . . . . . . .   $ _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $    $ _____ .

The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐  The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  The interest requirement is waived.

☐  The interest requirement is modified as follows:

## RESTITUTION

☐  The determination of restitution is deferred until _____ . An Amended Judgment in a Criminal Case will be entered after such determination.

☐  The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | *Total Amount of | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |
| **Totals:** | $ _____ | $ _____ |  |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Robert Rankin
CASE NUMBER: 98-10078-001

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☒ In full immediately; or

B ☐ $ _____ immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than _____ ; or

D ☐ in installments to commence _____ days after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in _____ (e.g., *equal, weekly, monthly, quarterly*) installments of $ _____ over a period of _____ year(s) to commence _____ days after the date of this judgment.

The defendant will be credited for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney.